UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>        Plaintiff,<br><br>  v.<br><br>BIG BOY MARKETS, INC.; ARTHUR TOY AND PATRICIA TOY TRUST; and DOES 1-10, inclusive,<br><br>        Defendants. | No. 2:14-cv-02274-GEB-AC<br><br>**ORDER IMPOSING MONETARY SANCTIONS** |

An Order to Show Cause ("OSC") filed April 14, 2015,[1] directed Plaintiff to explain in a writing to be filed no later than April 20, 2015, why sanctions should not be imposed against her and/or her counsel for the failure to file a timely status report. (OSC, ECF No. 16.) No response to the OSC has been filed.

Since Plaintiff's counsel failed to respond to the OSC and failed to file a timely status report without justification, Daniel Malakauskas, Esq. is sanctioned four hundred dollars ($400.00). This sanction shall be paid to the Clerk of this Court no later than 4:00 p.m. on May 1, 2015, by a check made payable

---

[1] This was the third OSC that issued as a result of Plaintiff failing to timely file a status report. (See ECF Nos. 6, 8.)

1

to the "United States Treasury." Proof of payment shall be filed within five (5) days of payment. This sanction is personal to counsel and shall not be transmitted to counsel's client.

IT IS SO ORDERED.

Dated:  April 27, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge