DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866)790-2242
Facsimile: (888)802-2440

Attorney for Plaintiff:
CYNTHIA HOPSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>PLAINTIFF,<br><br>v.<br><br>BIG BOY MARKETS, INC., ARTHUR TOY AND PATRICIA TOY TRUST, and DOES 1-10, inclusive,<br><br>DEFENDANTS. | **CASE NO.: 2:14-cv-02274-GEB-KJN**<br><br>**NOTICE OF VOLUNARY DISMISSAL AND PROOF OF PAYMENT** |

**PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and is hereby dismissed in its entirety, against all defendants, pursuant to Federal Rules of Civil Procedure 41(a)(1).

**PLEASE TAKE ADDITIONAL NOTICE**, that plaintiff sent a check, via postal mail, on April 27th, 2015, to pay for the sanctions, as ordered by this court, on April 27th, 2015, to the clerk for the Eastern District of California.  The clerk acknowledged receipt of payment on April 30th, 2015.

Respectfully Submitted,

Dated: May 4th, 2015        /s/DANIEL MALAKAUSKAS
                            DANIEL MALAKAUSKAS, attorney for
                            CYNTHIA HOPSON

**NOTICE OF VOLUNTARY DISMISSAL AND PROOF OF PAYMENT**

1